# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **LATERRIKA WILLIAMS, ET AL.** | * | **CIVIL ACTION NO. 18-0694** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **CYPRESS INSURANCE CO., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT OF REMAND

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, pursuant to the binding stipulations executed by Laterrika Williams and Jachaya Williams whereby each plaintiff renounced her respective right to accept a judgment in excess of $75,000.00, exclusive of interest and costs, in these proceedings, that plaintiffs' motion to remand [doc. # 20] is hereby GRANTED, and this matter REMANDED to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana.

IT IS FURTHER ORDERED that the Clerk of Court certify a copy of this judgment and forward the same to the Clerk of the 4th Judicial District Court for the Parish of Ouachita, State of Louisiana.

Monroe, Louisiana, this 17th day of January, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE